Robert N. Conrad, SBN 055093
Robert@conradlawfirm.com
ROBERT NOLAN CONRAD,
A LAW CORPORATION
1901 Avenue of the Stars, #1900
Los Angeles, California 90067
(310) 557-2001 (Bus.)
(310) 557-2033 (fax)

Attorney for Plaintiff Spencer Forrest, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER FORREST, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>HAIR CUBED, LLC, a California limited liability company, DAVID DARDASHTY, RON EHUD, and DOES 1 through 10,<br><br>  Defendants.<br>_____ | Case No.  CV 10-03362 MMM (PJWx)<br><br>[~~PROPOSED~~] ORDER FOR ENTRY OF PRELIMINARY INJUNCTION AGAINST DEFENDANTS HAIR CUBED, LLC, DAVID DARDASHTY AND RON EHUD |

     Plaintiff Spencer Forrest, Inc. ("Spencer Forrest") and defendants Hair Cubed, LLC, David Dardashty and Ehud Ron (mistakenly sued herein as Ron Ehud) (collectively said defendants are referred to herein as the "Hair Cubed Defendants") have stipulated to the entry of the issuance of a preliminary injunction. Based thereon and good cause shown therefor, IT IS HEREBY ORDERED:

     1. That each of the Hair Cubed Defendants, and each of their officers, directors, agents, servants, employees, members, attorneys, and all persons acting in concert or participation with any of the foregoing, are hereby

restrained and enjoined from:

      (a)  Using any of the Spencer Forrest Marks or any variation thereof in metatags or in buried HTML code for the website "www.HairCubed.com" or any other website owned, operated or controlled, directly or indirectly, by any of the Hair Cubed Defendants;

      (b)  Purchasing keywords or Adwords containing any of the Spencer Forrest Marks or any variation thereof to advertise any Hair Cubed products or for any other purpose;

      (c)  Using any of the Spencer Forrest Marks or any variation thereof as a metatag or in buried HTML code in connection with any submission to YouTube or any other website that hosts videos of any products sold by any of the Hair Cube Defendants;

      (d)  Using any of the Spencer Forrest Marks or any variation thereof in the title or description of any video shown on YouTube or on any other website that hosts videos of any products sold by any of the Hair Cube Defendants, unless all of the following are true: (a) such video shows a fair comparison of the Toppik® product versus the Hair Cubed product; (b) such video does not contain any untrue or misleading statement; and (c) such video does not omit any material fact, the omission of which would be misleading;

      (e)  Representing that any Hair Cubed product is a "Toppik" product or otherwise representing in any way, directly or indirectly, that any Hair Cubed product originated or is associated with Spencer Forrest;

      (f) Representing or allowing any comment or discussion to appear on the www.Haircubed.com website in which it is stated or implied that any of the Toppik® or Xfusion® products contain aluminum; and

      (g)  Effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (a) through (f).

Robert Nolan Conrad, A Law Corporation

2. Service by mail upon the counsel of record of a copy of this Order is deemed sufficient notice to each of the Hair Cubed Defendants under Rule 65(d) of the Federal Rules of Civil Procedure. It shall not be necessary for any of the Hair Cubed Defendants to sign any form of acknowledgment of service.

3. Spencer Forrest shall not be required to a post a bond in connection with this Court's granting of a preliminary injunction.

Date: December 2, 2010

_____
Hon. Margaret M. Morrow
United States District Judge